| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | MICHAEL MAFFEI (CABN 240978)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7246<br>Fax: (415) 436-7207 |
| 8 | Email: Michael.Maffei@usdoj.gov |
| 9 | Attorneys for United States of America |

**FILED**

SEP 11 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

v.

BRENDA CARDENAS,

    Defendant.

CASE NO. CR 15-MJ-70101 MAG

STIPULATED REQUEST TO CONTINUE PRELIMINARY EXAMINATION DATE TO MARCH 11, 2016

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The above-captioned matter is set on September 11, 2015 for Preliminary Examination and/or Arraignment on an Indictment.

2. As part of the negotiated disposition of this case, the government and the defense agreed to refer this case to Pretrial Services for a Pre-Plea Diversion disposition. Pretrial Services interviewed the defendant and a final report for this case is expected to be issued by Friday, September 11, 2015. In that report, Pretrial Services is expected to recommend that the defendant be admitted to the Pretrial Diversion Program.

3. In light of this report, the parties hereby stipulate to a six-month continuance of the Preliminary Examination, so the defendant may participate in the negotiated Pre-Plea Diversion

FILED
SEP 11 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  program. The parties, therefore, request that this Court continue the September 11, 2015 Preliminary
2  Examination to March 11, 2016.
3       IT IS SO STIPULATED.
4
5  DATED: September 11, 2015          BRIAN J. STRETCH
   Acting United States Attorney
6
7                 /s/
   MICHAEL MAFFEI
8     Assistant United States Attorney
9
10  DATED: September 11, 2015
11
               /s/
12     GABRIELA BISCHOF
   Counsel for the Defendant
13
14
15  **[PROPOSED] ORDER**

16       Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
17  served by granting a continuance from September 11, 2015 through and including March 11, 2016
18  outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such
19  a continuance would unreasonably deny the defendant the reasonable time necessary for effective
20  preparation, taking into account the exercise of due diligence.
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on March 11, 2016 at 9:30 a.m. for a Preliminary Examination.

2. The period from September 11, 2015 through and including March 11, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

DATED: 9/11/15

HON. SALLIE KIM
United States Magistrate Judge