1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHEILA ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7027
       sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

FILED

MAR 1 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  No. 3:15-mj-70101
                                     )
14         Plaintiff,                )
                                     )
15      v.                           )  STIPULATION AND [~~PROPOSED~~] ORDER
                                     )  CONTINUING PRELIMINARY HEARING DATE
16  BRENDA CARDENAS,                 )  AND WAIVING TIME UNDER THE SPEEDY
                                     )  TRIAL ACT TO SEPTEMBER 9, 2016
17         Defendant.                )
                                     )
18  _____  )

19      With the agreement of the parties, and with the consent of the defendant, Brenda Cardenas, the

20  Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d), continuing the

21  preliminary hearing date for the defendant from March 11, 2016, to September 9, 2016 at ~~2:00 p.m.~~ 10:30 am

22  before Magistrate Judge Joseph C. Spero. Counsel for the defendant believes that postponing the

23  preliminary hearing is in her client's best interest and that it is not in her client's best interest for the

24  government to present an indictment before the current March 11, 2016, preliminary hearing date. The

25  parties agree that, taking into account the public interest in prompt disposition of criminal cases, good

26  cause exists for this extension. Accordingly, the parties agree to convert the current March 11, 2016,

27  date currently set for the Preliminary Hearing into a Status Conference.

28

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT
3:15-mj-70101

1  The defendant also agrees to toll and to waive for this period of time any time limits applicable
2  under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel
3  needs time to prepare the case and that an exclusion of time under the Speedy Trial Act for effective
4  preparation of counsel is warranted pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
5  (B)(iv).

7  IT IS SO STIPULATED

9  DATED: March 10, 2016                         Respectfully submitted,

10                                                BRIAN J. STRETCH
                                                  Acting United States Attorney

12                                       By:     ___/s/_____
                                                  SHEILA A.G. ARMBRUST
13                                                Assistant United States Attorney

14  DATED: March 10, 2016                         Respectfully submitted,

16                                                STEVEN G. KALAR
                                                  Federal Public Defender

17                                                ___/s/_____
                                                  GABRIELA BISCHOF
18                                                Assistant Federal Public Defender

21  IT IS SO ORDERED.

23  DATED: 3/11/16

                                                  _____
                                                  HONORABLE JOSEPH C. SPERO
24                                                Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT
3:15-mj-70101                            2